UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRILL WELLS | * | |
| | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | SECTION: |
| | * | |
| | * | JUDGE: |
| CRETE CONSTRUCTION, LLC | * | |
| and DYLAN BAGWELL | * | MAGISTRATE: |

************************************************************************

# COMPLAINT

Plaintiff, TERRILL WELLS, an individual of the full age of majority who brings this complaint against Crete Construction, LLC and Dylan Bagwell, respectfully represents the following:

## DEFENDANTS

1.

Made Defendants herein and liable unto Plaintiff are the following:

- Crete Construction, LLC, a Louisiana limited liability company with its principal place of business at 4716 Avery Grace, Addis, LA 70710; and

- Dylan Bagwell, an individual of the full age of majority who is a resident of the State of Louisiana.

## JURISDICTION AND VENUE

2.

This Honorable Court is vested with jurisdiction over this action pursuant to 28 U.S.C. §1331, because Plaintiff's claims arise under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201, *et seq.*

3.

Venue is proper in this Court pursuant to 28 U.S.C. §1391(b)(1) because all defendants are residents of this district.

## PLAINTIFF'S FLSA CLAIM

5.

Defendants hired Plaintiff in July 2017 as a construction laborer. Plaintiff's employment with Defendants ended on January 3, 2019.

6.

During Plaintiff's employment with Defendants, Plaintiff was paid $22.00 per hour.

7.

Plaintiff was a non-exempt employee of Defendants during the time period to which this action pertains.

8.

Plaintiff regularly worked more than 40 hours per week and was often required to work 80-100 hours per week.

9.

Despite the fact that Plaintiff was a non-exempt employee under the FLSA, he was never paid the required overtime rate of one and one-half times his regular rate of pay for hours worked in excess of 40 hours per week.

10.

At all times relevant herein, defendant Dylan Bagwell was a managing member of Crete Construction, LLC ("Crete Construction"). Upon information and belief, Dylan Bagwell established Crete Construction's policy of not paying overtime compensation to Plaintiff. Additionally, Dylan Bagwell supervised and directed the activities of Plaintiff.

11.

Crete Construction is an "enterprise" as that term is defined by the FLSA, 29 U.S.C. §203(r)(1), and is an enterprise engaged in commerce or in the production of goods for commerce within the meaning of the FLSA, 29 U.S.C. §203(s)(1). On information and belief, Crete Construction has annual revenue that exceeds $500,000.00.

10.

Defendants are Plaintiff's "employer" within the meaning of the FLSA, 29 U.S.C. §203(d).

11.

Section 207(a)(2)(C) of the FLSA mandates that employees are entitled to overtime pay at a rate of no less than one and one-half times the employee's regular rate of pay for all hours worked in excess of 40 hours per week.

12.

Defendants have willfully refused to pay overtime to Plaintiff for hours worked in excess of 40 hours per week in an attempt to extract a higher profit margin.

**WHEREFORE**, Plaintiff prays that there be service and citation upon Defendants, and that after all legal delays and proceedings that there be judgment rendered in favor of Plaintiff and against Defendants, Crete Construction, LLC and Dylan Bagwell, *in solido*, for accumulated wages at the overtime rate as required by law, and an equal sum as liquidated damages, attorney's fees, interest on all sums due and owing from the date of judicial demand until paid, and for all costs of this proceeding.

Respectfully submitted,

**KEOGH, COX & WILSON, LTD.**

By: _____
TORI S. BOWLING (Bar No. 30058)
V. PATRICE HALEY (Bar No. 38250)
701 Main Street (70802)
P.O. Box 1151
Baton Rouge, LA 70821
225-383-3796
225-343-9612 (fax)
tbowling@keoghcox.com
phaley@keoghcox.com
*Counsel for Plaintiff*